# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** <br> (For Offenses Committed On or After November 1, 1987) <br> *(Changes Identified with Asterisks (\*))* |
| v. | Case Number:  04-cr-00463-MSK-31 |
| | USM Number:  33336-013 |
| MONICA FITE | Scott Jurdem <br> (Defendant's Attorney) |

**Date of Original Judgment:**   December 9, 2005

**Reason for Amendment:**  Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36).

**THE DEFENDANT:**  Pleaded guilty to count one of the Information.

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1012 | Making a False Report and Statement to the Department of Housing and Urban Development | 03/08/02 | One |

    The defendant is sentenced as provided in pages 2 through 6 of this judgment in accordance with the findings and conclusions made in open court, a transcript of which is attached hereto and incorporated herein by this reference.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The Second Superseding Indictment is dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                         December 13, 2005
                         Date of Imposition of Judgment

                        s/ Marcia S. Krieger
                         Signature of Judge

                        Marcia S. Krieger, U.S. District Judge
                         Name & Title of Judge

                        December 13, 2005

Date
## PROBATION

The defendant is hereby placed on probation for a term of three (3) years.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The drug testing condition required by 18 U.S.C.
§ 3563(a)(5) is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page. (set forth below).

## STANDARD CONDITIONS OF SUPERVISION*

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer in any circumstance not pertaining to cooperation with law enforcement.
9) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: MONICA FITE
CASE NUMBER: 04-cr-00463-MSK-31                                                              Judgment-Page 3 of 6

10)    The defendant shall provide the probation officer with access to any requested financial information.

DEFENDANT:  MONICA FITE
CASE NUMBER:  04-cr-00463-MSK-31                                                                     Judgment-Page 4 of 6

## ADDITIONAL CONDITIONS OF SUPERVISION

1)    The defendant shall not incur new credit charges or open additional lines of credit without the prior approval of the probation officer, and that approval will not be given unless she is in compliance with the periodic payment schedule approved by the court.

2)    Within 60 days of the advent of probation, Ms. Fite and the probation officer will develop a schedule for payments on the restitution amount and a monthly budget for Ms. Fite.  The schedule will be submitted to the court for further approval.  Ms. Fite will adhere to her monthly budget, and she will review that budget with the probation officer at least quarterly.  She will make payments in accordance with the schedule that is submitted until and unless that schedule is revised and the revision is approved by the court.

DEFENDANT:  MONICA FITE
CASE NUMBER:  04-cr-00463-MSK-31                                                       Judgment-Page 5 of 6

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | $25.00 | $0.00 | $76,760.19 |
| **TOTALS** | $25.00 | $0.00 | $76,760.19 |

The defendant must make restitution to be paid from the registry of the court to the payee listed below.  If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Housing and Urban Development<br>1670 Broadway, UMB Plaza<br>Denver, Colorado 80202<br>Attention:  Director REO Division | $76,760.19 | $76,760.19 | |
| **TOTALS** | $76,760.19 | $76,760.19 | |

Restitution amount ordered pursuant to plea agreement: . . . . $76,760.90
.

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  MONICA FITE
CASE NUMBER:  04-cr-00463-MSK-31                                                                Judgment-Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The special assessment is due and payable immediately.  Restitution shall be paid on a schedule to be developed by the defendant and the probation officer and approved by the court until or unless the schedule is modified by further order of the court.  Payments on the restitution amount will be made to the registry of the court and when the balance in the registry reaches $1,000, it will be disbursed to the Department of Housing and Urban Development at 1670 Broadway, Denver, Colorado, 80202.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal.

DEFENDANT:  MONICA FITE
CASE NUMBER:  04-cr-00463-MSK-31                                         Judgment-Page 7 of 6

## STATEMENT OF REASONS

**The court adopts the presentence report and advisory applications but with these changes:**

Pursuant to the United States Supreme Court ruling in the *United States v. Booker* and *United States v. Fanfan*, the United States Sentencing Commission Guidelines have become advisory.  The Court, while not bound to apply the Guidelines, has consulted the advisory guidelines and taken them into account with the sentencing factors identified at 18 U.S.C. § 3553(a).

**The court adopts the presentence report with these comments or findings:**

Paragraph 1 of the presentence report should read as follows:  On April 20, 2005, a 69-count Second Superseding Indictment was filed in the District of Colorado charging the defendant in Count 66 with Making a False Statement and Aiding and Abetting, in violation of 18 U.S.C. §§ 1001(a)(3) and 2.

**ADVISORY GUIDELINE RANGE DETERMINED BY THE COURT (BEFORE DEPARTURES):**

Total Offense Level:  12

Criminal History Category:  I

Imprisonment Range:  10 to 12 months

Supervised Release Term:  1 year

Fine Range:        $3,000   to   $30,000

The fine is waived because of the defendant's inability to pay.

**RESTITUTION DETERMINATIONS**

Total Amount of Restitution:  $76,760.19

**DEPARTURE**

The sentence departs <u>below the advisory guideline range</u> for the following reason:

**Pursuant to a Plea Agreement**

Based on the government's motion for downward departure, pursuant to §5K1.1.